| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dale Parham, SBN 47045<br>Michael Smith, SBN 259257<br>Winterbotham Parham Teeple, a PC<br>4371 Latham Street, Ste 105<br>Riverside, CA 92501<br>Phone (951) 686-7717<br>Fax (951) 686-2536<br>wptmriv@4bankruptcy.com<br><br>☐ Debtor appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ▼

| In re:<br><br>HELEN ZUCCO<br><br><br><br><br>Debtor(s). | CASE NO.: 6:13-18353 DS<br>CHAPTER: 13   ▼<br><br>**NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |
|---|---|

**Creditor Name:** OLIPHANT FINANCIAL, LLC.

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this court for an order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers:**
Pursuant to LBR 9013-1(o), any party objecting to the motion may file and serve a written objection and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                            Page 1                              F 4003-2.1.AVOID.LIEN.RP. MOTION

4. **Type of Case:**
   a. ☒ A voluntary petition under chapter  ☐ 7  ☐ 11  ☐ 12  ☒ 13 was filed on: 05/13/2013
   b. ☐ An involuntary petition under chapter  ☐ 7  ☐ 11 was filed on: _____
      ☐ An order of relief under chapter  ☐ 7  ☐ 11 was entered on: _____
   c. ☐ An order of conversion to chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on: _____
   d. ☐ Other:

5. **Procedural Status:**
   a. ☒ Name of trustee appointed (if any): ROD DANIELSON
   b. ☐ Name of attorney of record for trustee (if any): _____

6. Debtor claims an exemption in the subject real property under:
   a. ☒ California Code of Civil Procedure § 704.730 (Homestead): Exemption amount claimed on schedules: $ 75,000.00
   b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on schedules: $ _____
   c. ☐ Other statute (specify): _____

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:
   a. Date of entry of judgment (specify): 01/24/2011
   b. Case name (specify): Oliphant Financial LLC v. Helen Zucco, et al.
   c. Docket number (specify): CIVDS 1011845
   d. Date of recordation of lien (specify): 06/02/2011
   e. Recorder's instrument number or map/book/page (specify): 2011-0224218

8. The property claimed to be exempt is as follows:
   a. Street address (specify): 917 Renee Street, Redlands, CA 92374
   b. Legal description (specify): Lot 40, Tract 9734, Book 135, Pages 35 - 36, County of Riverside
      ☐ See attached page

9. Debtor acquired the property claimed exempt on the following date (specify): _____
10. Debtor alleges that the fair market value of the property claimed exempt is: $ _____
11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| CitiMortgage | ☐ | 11/01/1998 | $ 117,000.00 | $ 124,968.00 | 06/07/2013 |
| Oliphant Financial, LLC | ☒ | 06/02/2011 | $ 4,522.15 | $ 4,523.00 | 06/07/2013 |
|  | ☐ |  | $ | $ |  |
|  | ☐ |  | $ | $ |  |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 4003-2.1.AVOID.LIEN.RP. MOTION

12. Debtor attaches copies of the following documents in support of the motion (as appropriate):
    a. ☒ Schedule C listing all exemptions claimed by Debtor
    b. ☐ Appraisal of the property
    c. ☒ Documents showing current balance due as to the liens specified in paragraph 11 above
    d. ☒ Recorded Abstract of Judgment
    e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f. ☒ Declaration(s)
    g. ☐ Other (*specify*):

13. Total number of attached pages of supporting documentation: _____
14. Debtor declares under penalty of perjury under the laws of the United States that the foregoing is true and correct.

WHEREFORE, Debtor prays that this court issue an order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

Date: 6-17-13

_____
Signature of Debtor

HELEN ZUCCO
Printed name of Debtor

Date: _____

_____
Signature of attorney for Debtor

Dale Parham/ Michael Smith
Printed name of attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    F 4003-2.1.AVOID.LIEN.RP. MOTION

## Account Information

Statement Date: 05/17/13
Property Address: 917 RENEE STREET
REDLANDS CA 92374

ACCOUNT NUMBER: 6261159435-9

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $101,632.62 |
| Interest Rate | 10.55000% |
| Interest Year to Date | $0.00 |



### CitiMortgage

**Bankruptcy Service Center 1-866-613-5636***
Please reference your account number 6261159435 when calling.
* Calls are randomly monitored and recorded to ensure quality service.

00004080 BB 1OZ 137 SIS0079D AM1 8 137

HELEN ZUCCO
CHADWICK ZUCCO
917 RENEE ST
REDLANDS CA 92374-3835

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 06/01/13 |
| Principal | | $219.56 |
| Interest | | $855.06 |
| **Total Amount** | | **$1,074.62** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com!

### Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE

For routine questions regarding the servicing of your mortgage loan, please call our Customer Service department at 1-800-283-7918.
If you have a complaint or concern that you have been subjected to unfair lending practices in relation to a mortgage loan or other financial product or service that you obtained through our company or a third party, please call our Fair Lending Hotline at 1-866-309-1054.

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: XXXXX9435-9

HELEN ZUCCO
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
**Include account number on check and make payable to:**

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 06/01/13 | $1,074.62 |
| Additional Principal | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

062611594359  0000107462  0000107462  0000107462

B6C (Official Form 6C) (4/13)

In re   **Helen Zucco**                                               Case No. _____
                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                     $155,675. *(Amount subject to adjustment on 4 1 16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                              *with respect to cases commenced on or after the date of adjustment)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** <br> **Principle Residence Located at:** <br> 917 Renee Street <br> Redlands, CA 92374 <br> County of San Bernardino <br> Lot 40, Tract 9734, Book 135, Pages 35 - 36 <br> 100% Interest | C.C.P. § 704.730 Debtor is claiming an exemption in the full fair market value or 100% of the fair market value. Exemption will not exceed allowed statutory maximum. | 75,000.00 | 197,434.00 |
| **Cash on Hand** <br> Cash on Hand | C.C.P. § 704.070 Debtor is claiming an exemption in the full fair market value or 100% of the fair market value. Exemption will not exceed allowed statutory maximum. | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Bank of America - Checking Account xxxxxxxx2032 | C.C.P. § 704.070 Debtor is claiming an exemption in the full fair market value or 100% of the fair market value. Exemption will not exceed allowed statutory maximum. | 300.00 | 300.00 |
| Prospectors Federal Credit Union - Savings Account xxxxxxxx3202 | C.C.P. § 704.070 Debtor is claiming an exemption in the full fair market value or 100% of the fair market value. Exemption will not exceed allowed statutory maximum. | 400.00 | 400.00 |
| **Household Goods and Furnishings** <br> Household Goods | C.C.P. § 704.020 | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> Misc Collectibles; Tapes; CD's | C.C.P. § 704.020 | 200.00 | 200.00 |
| **Wearing Apparel** <br> Wearing Apparel | C.C.P. § 704.020 | 200.00 | 200.00 |
| **Furs and Jewelry** <br> Jewelry | C.C.P. § 704.040 | 7,625.00 | 1,525.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> 403B Retirement | C.C.P. § 704.110 Debtor is claiming an exemption in the full fair market value or 100% of the fair market value. Exemption will not exceed allowed statutory maximum. | 720.00 | 7,064.00 |
| 401K Retirement | C.C.P. § 704.110 Debtor is claiming an exemption in the full fair market value or 100% of the fair market value. Exemption will not exceed allowed statutory maximum. | 6,878.00 | 21,813.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Helen Zucco**                                                    Case No. _____
                                            Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Nissan XTerra - 216,998 Miles | C.C.P. § 704.010 | 2,900.00 | 1,950.00 |

Total: **96,243.00**  **232,906.00**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

## DECLARATION OF HELEN ZUCCO

(I, We) HELEN ZUCCO, declare:

1. (I, We) am over the age of eighteen years and that the matters set forth herein are of my own personal knowledge, and if called and sworn as witnesses herein, (I, We) could and would so testify.

2. (I, We) am the Debtor(s) in this Chapter 13 proceeding.

3. In (My, Our) opinion, the fair market value of the residence located at 917 Renee Street

4. Redlands, CA  92374, is $197,434.00. This opinion is based on being owner(s) of the subject premises, and knowledge of its condition, improvements made thereto, and deferred maintenance needing attention.

(I, We) declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of JUNE 2013,

_____
HELEN ZUCCO

-1-

RECORDING REQUESTED BY
AND
WHEN RECORDED MAIL TO:

NAME: WINN LAW GROUP, APC

ADDRESS: PO BOX 1216
FULLERTON, CA 92832

Recorded in Official Records, County of San Bernardino    6/02/2011    1:43 PM    MP

**DENNIS DRAEGER**
ASSESSOR – RECORDER – CLERK

C Priority Mail

Doc#: 2011-0224218



| Titles: 1 | Pages: 3 |
|---|---|
| Fees | 24.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $24.00 |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

ABSTRACT OF JUDGMENT

OLIPHANT FINANCIAL, LLC vs. HELEN ZUCCO        CIVDS1011845



EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, Address, State Bar number, and telephone number): Winn Law Group, A P.C. (714) 446-6686
[X] Recording requested by and return to:
Brian N. Winn (SBN 86779)
Laura M. Hoalst (SBN 101082)
John E. Gordon (SBN 180053)
Dana L. Ozols (SBN 250415)
Stephen S. Zeller (SBN 265664)
File No. 10-22238-0-AJD-(2022-00)
110 E Wilshire Ave Ste 212, Fullerton CA 92832
ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**
STREET ADDRESS: 303 WEST 3RD ST
MAILING ADDRESS: 303 WEST 3RD ST
CITY AND ZIP CODE: SAN BERNARDINO CA 92415
BRANCH NAME: SAN BERNARDINO DISTRICT, LIMITED

PLAINTIFF: OLIPHANT FINANCIAL, LLC
DEFENDANT: HELEN ZUCCO, et al.

FOR RECORDER'S USE ONLY

CASE NUMBER:
CIVDS1011845
Limited

**ABSTRACT OF JUDGMENT - CIVIL    [ ] Amended
AND SMALL CLAIMS**

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────┐
      │ HELEN ZUCCO  on             │
      │ 917 Renee St                │
      │ Redlands CA 92374           │
      └─────────────────────────────┘

   b. Driver's license No and State:                [X] Unknown
   c. Social Security No.: XXX-XX-1899              [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Helen Zucco Queen of the Valley Hospital 140 W. Collage Covina, Ca. 91723

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address)
   OLIPHANT FINANCIAL, LLC, as assignee of HSBC BANK NEVADA, N.A. 9009 Town Center Parkway Lakewood on Ranch FL 34202-4175

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: April 1, 2011
[ ] Brian N. Winn  [ ] Laura M. Hoalst
[ ] John E. Gordon  [ ] Dana L. Ozols
[X] Stephen S. Zeller
............................................
(TYPE OR PRINT NAME)
▶ _____(signature)_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 4,522.15 on
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): January 24, 2011 on
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on (date): APR 14 2011

Clerk, by _____(signature)_____ Deputy
OLIVIA McDONALD

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT
(CIVIL)**

Code of Civil Procedure, §§ 488.480,
674,700.190

| PLAINTIFF: OLIPHANT FINANCIAL, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: HELEN ZUCCO, et al. | CIVDS1011845 Limited |

**NAME AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. [ ] Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS**

16. Name and last known address

Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

18. Name and last known address

19. Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

20. Name and last known address

21. Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to *(address)*:

22. [ ] Continued on Attachment 22.

EJ-001 [Rev. January 1, 2008]    **ABSTRACT OF JUDGMENT (CIVIL)**    Page 2 of 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4371 Latham Street, Ste 105
Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/27/13, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
US Trustee  ustpregion16.rs.ecf@usdoj.gov; Rod Danielson notice-efile@rodan13.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 6/27/13, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6/27/13    Helen Koh
Date       Printed Name                                 Signature

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

### Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, June 4, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | CITIMORTGAGE, INC. |
| Entity Number: | C2728770 |
| Date Filed: | 03/23/2005 |
| Status: | ACTIVE |
| Jurisdiction: | NEW YORK |
| Entity Address: | P O BOX 30509 |
| Entity City, State, Zip: | TAMPA FL 33631 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W SEVENTH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2013   California Secretary of State

## California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

### Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, June 4, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | OLIPHANT FINANCIAL, LLC |
| Entity Number: | 200614010180 |
| Date Filed: | 05/15/2006 |
| Status: | ACTIVE |
| Jurisdiction: | FLORIDA |
| Entity Address: | 9009 TOWN CENTER PKWY |
| Entity City, State, Zip: | LAKEWOOD RANCH FL 34202 |
| Agent for Service of Process: | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA |
| Agent Address: | AS CSC LAWYERS INCORPORATING SERVICE, (C1592199) |
| Agent City, State, Zip: | * |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2013    California Secretary of State

# MAILING LIST

### CERTIFIED U.S. MAIL

Winn Law Group, APC
110 E. Wilshire Ave, Ste 212
Fullerton, CA 92832

CitiMortgage, Inc.
Attn: President/CEO
PO Box 30509
Tampa, FL 33631

CT Corporation System
RE: CitiMortgage, Inc.
818 West 7th Street
Los Angeles, CA 90017

Oliphant Financial, LLC
Attn: President/CEO
9009 Town Center Way
Lakewood Ranch, FL 34202

CSC Lawyers Inc.
RE: Oliphant Financial, LLC
2730 Gateway Oaks Dr Ste 100
Sacramento, CA 95833

FDIC
Attn: Sheila Bair
550 17th Street NW
Room MB 6098
Washington, DC 20429


### REGULAR U.S. MAIL

Helen Zucco
917 Renee Street
Redlands, CA 92374